UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANTEJPAL SINGH KALKAT, and PATRICIA ANN KALKAT,<br><br>    Defendant. | NO. 2:17-CR-00022-JLQ<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

    BEFORE THE COURT are the Government's Motion for Protective Order and Motion to Expedite (ECF No. 53 & 54). The Motion for Protective Order (hereafter "Motion") requests the court to issue a protective order "over the discovery in this case." (ECF No. 53, p. 1). The Government states it has discussed the Motion with counsel for both Defendants and there are no objections. Although the Motion at times uses broad language, the focus of the requested protective order is "voluminous communications" recorded by DEA agents which would likely identify the confidential informant. The Government represents the Motion is necessary to protect the confidential informant.

    **IT IS HEREBY ORDERED:**

    1. The Motion to Expedite (ECF No. 54) is **GRANTED**.

    2. The Motion for Protective Order (ECF No. 53) is **GRANTED**.

    3. The Government shall continue to produce discovery materials on an on-going basis as previously directed.

ORDER - 1

4. This Protective Order shall apply to discovery materials produced subject to this Order or designated "confidential" by the Government, including recordings involving the confidential informant.

5. Defense counsel may possess, but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents.

6. Defense counsel may show to, and discuss with the Defendants the discovery materials, including sealed documents.

7. Defense counsel shall not provide original or copies of discovery materials directly to the Defendants.

8. Defense counsel shall not otherwise provide original or copies of the discovery materials to any other person, including subsequently appointed or retained defense counsel, but excluding staff of defense counsel or investigator(s)/expert(s) engaged by defense counsel, who will also be bound by the terms and conditions of this Order.

9. The Government and defense counsel may reference the existence and content of sealed discovery materials in open and closed court proceedings relevant to this case. Any reference to the content of protected discovery shall be filed under seal, until further Order of the court.

10. The Government shall forthwith furnish any previously withheld discovery to counsel for the Defendants.

11. The parties may seek release from this Order for good cause shown.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 15th day of March, 2017.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE