UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHIGNTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICIA KALKAT,

Defendant.

No. 2:17-CR-00022-JLQ-2

ORDER MODIFYING
CONDITIONS OF RELEASE
PENDING SENTENCING

Before this Court is Defendant's Stipulated Notice and Motion to Modify Conditions of Release Pending Sentencing. ECF No. 147. Specifically, Defendant asks the Court to modify Special Condition of Release No. 14, which requires she remain in the Eastern District of Washington or King County, Washington pending trial, and Special Condition of Release No. 28, which requires the Defendant to be restricted to her residence every day from 7:00 p.m. to 7:00 a.m. ECF No. 34.

Since these conditions were set, Defendant has entered a guilty plea to a reduced charge, and is awaiting sentencing. Counsel indicates that, to date, Defendant has not violated her conditions of release.

Defendant recites that in order to see her minor children, relatives have to transport them from Canada to Bellingham, Washington, outside of King County, where they then take a train or bus to King County in order to be picked up by

ORDER - 1

Defendant, their mother.  Defendant is requesting that she be permitted to travel to the Western District of Washington, primarily to Bellingham, so that she can pick up her children without the added step of them traveling unaccompanied by bus or train to the Eastern District.

Defendant represents that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification. ECF No. 76 at 3.

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 147**, is **GRANTED**.

Special Condition of Pretrial Release No. 14 is modified to read as follows:

**(14)**  Defendant shall reside in King County, Washington while the case is pending.  Defendant may be permitted to travel to Bellingham, Washington to facilitate visits from her children.

Special Condition of Pretrial Release No. 28, setting Defendant's curfew, is hereby stricken.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED July 31, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2